NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1370
(Opposition No. 91/176,609)

HOLT'S COMPANY,

Appellant,

v.

VIRGIN ENTERPRISES LIMITED,

Appellee.

M. Kelly Tillery, Pepper Hamilton, LLP, of Philadelphia, Pennsylvania, argued for appellant.

James M. Dabney, Fried Frank Harris Shriver & Jacobson LLP, of New York, New York, argued for appellee.  With him on the brief were Victoria J.B. Doyle and Mitchell Epner, and  John F. Duffy, of Washington, DC.

Appealed from:  United States Patent and Trademark Office
                      Trademark Trial and Appeal Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1370
(Opposition No. 91/176,609)

HOLT'S COMPANY,

Appellant,

v.

VIRGIN ENTERPRISES LIMITED,

Appellee.

# Judgment

ON APPEAL from the     United States Patent and Trademark Office

in CASE NO(S).     91/176,609.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (MAYER, CLEVENGER, and RADER <u>Circuit Judges</u> )

<u>AFFIRMED</u>. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>February 6, 2009</u>       <u>/s/ Jan Horbaly</u>
                          Jan Horbaly, Clerk